

FILED
15-0403
9/8/2015 5:12:30 PM
tex-6834756
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

Craig T. Enoch
Direct: (512) 615-1202
cenoch@enochkever.com

September 8, 2015

Blake A. Hawthorne, Clerk
Supreme Court of Texas
201 W. 14th Street, Room 104
P.O. Box 12248
Austin, Texas 78711

Re: No. 15-0403; *Virginia O. Kinsel, as Attorney-in-Fact for J. Frank Kinsel; J. Frank Kinsel, Jr.; Carole K. Edwards; and Catherine K. Collins v. Jackson Walker, LLP; M. Keith Branyon; Jane O. Lindsey, Individually and as Co-Trustee of the Lesey B. Kinsel Trust; and Robert N. Oliver*; In the Supreme Court of Texas.

Dear Mr. Hawthorne:

Petitioners / Cross-Respondents Virginia O. Kinsel, as Attorney-in-Fact for J. Frank Kinsel; J. Frank Kinsel, Jr.; Carole K. Edwards; and Catherine K. Collins waive their right to respond to Jane O. Lindsey and Robert N. Oliver's Petition for Review at this time, but will respond upon the Court's request.

Sincerely,

*/s/ Craig T. Enoch*
Craig T. Enoch

cc: William L. Kirkman
Shelly K. Messerli
John H. Cayce, Jr.
Marshall M. Searcy, Jr.
Frank P. Greenhaw IV
Matthew D. Stayton

ENOCH KEVER PLLC    600 Congress Avenue, Suite 2800    p: 512.615.1200    enochkever.com
Austin, Texas 78701    f: 512.615.1198